ATTORNEY GRIEVANCE COMMISSION     \*     IN THE
OF MARYLAND                                      COURT OF APPEALS

                                       \*     OF MARYLAND
          Petitioner,

                                       \*     Misc. Docket AG
v.                                         No. <u>9</u>

                                       \*
STEVEN COCHARIO ANTHONY             September Term, 2019

                                       \*
          Respondent.

## ORDER

Upon consideration of the Petition for Disciplinary or Remedial Action filed by Petitioner pursuant to Maryland Rule 19-721(a)(2) and 19-738 and any response to the Court's Order to Show Cause, it is <u>21st</u> day of <u>August</u>, 2019

ORDERED, by the Court of Appeals of Maryland, that the Respondent, Steven Cochario Anthony, be and hereby is immediately suspended from the practice of law in the State of Maryland pursuant to Maryland Rule 19-738(d) until further order of this Court; and it is further

ORDERED, that the Clerk of this Court shall remove the name of Steven Cochario Anthony from the register of attorneys in the Court and certify that fact to the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761(b).

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.

/s/ Mary Ellen Barbera
Chief Judge



Suzanne C. Johnson, Clerk